**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-7052**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DAVID HILL,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:01-cr-00191-CMH-1)

_____

Submitted:  March 28, 2024                        Decided:  April 2, 2024

_____

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

David Hill, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Hill appeals the district court's order denying, pursuant to a prior prefiling injunction, Hill's request for leave to file a motion for reconsideration and/or to supplement the record in his 28 U.S.C. § 2255 proceeding, and further denying Hill's motion for relief from judgment in a separate civil action.  We have reviewed the record and find no reversible error in either ruling.  Accordingly, we affirm the district court's order.  *United States v. Hill*, No. 1:01-cr-00191-CMH-1 (E.D. Va. filed Sept. 19, 2023 & entered Sept. 20, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*